**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:

|  |  |
|---|---|
| RICHARD MICHAEL PLANT, JR. | Case No.: 10-37036 |
| Debtor | Chapter 11 |

* * * * * * * * * * * *

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that the law firm of Hodes, Pessin & Katz, P.A., 901 Dulaney Valley Rd. Ste. 400, Towson, MD 21204 will represent the interests of David Solomon in this matter.

The undersigned requests that the name and address shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for David Solomon as follows:

> Mark F. Scurti, Esq.
> Hodes, Pessin & Katz, P.A.
> 901 Dulaney Valley Rd. Ste. 400
> Towson, MD 21204

/s/Mark F. Scurti
Mark F. Scurti, #09475
HODES, PESSIN & KATZ, P.A.
901 Dulaney Valley Road
Suite 400
Towson, MD 21204
(410) 938-8800
mscurti@hpklegal.com